■ CARL F. GRILLO et al., Respondents, v DONALD S. HARRINGTON et al., Appellants.—Order, Supreme Court, New York County (Alvin F. Klein, J.), entered on or about June 27, 1985, unanimously affirmed, without costs and without disbursements. The stay heretofore granted by Justice Sandler is vacated forthwith. No opinion. Concur—Sullivan, J. P., Carro, Fein and Milonas, JJ.

■ LIBERAL PARTY OF THE STATE OF NEW YORK et al., Appellants, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents, and JONATHAN C. REITER et al., Respondents-Respondents.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on July 2, 1985, unanimously modified, on the law, to strike the direction for a hearing and to direct that the eight elected assembly district leaders and associate assembly district leaders not heretofore elected as county committee members be deemed members of the county committee (Election Law § 2-110 [2]) and otherwise affirmed, without costs. We are persuaded that the determination of this appeal should be controlled by our decision announced simultaneously herewith in *Burns v Board of Elections* (112 AD2d 69). However, on argument and at Special Term, counsel conceded there were 12 duplications reducing the number of elected county committee members to 510, which is four less than the required 514. Adding the eight district leaders, not elected as county committee members, brings the total to 518, constituting a properly organized county committee. No opinion. Concur—Sullivan, J. P., Carro, Fein and Milonas, JJ.